J. H. McCabe, appellee, v. Harry D. Bender, appellant.   Gen.
No. 31,374.
Action for rent.   Judgment for plaintiff.   Appeal from the Mu-
nicipal Court of Chicago; the Hon. Sidney M. Ward, Judge, presiding.
Heard in the second division of this court for the first district at the
October term, 1926.   Affirmed.   Opinion filed May 17, 1927.
Golden & Kagan, for appellant.   Wetten, Pegler & Dale, for ap-
pellee.
Mr. Justice Fitch delivered the opinion of the court.

---

New England Baled Shavings Company, appellee, v. Edmund H.
Stroud, appellant.   Gen. No. 31,393.
Action to recover balance due on commissions.   Judgment for
plaintiff.   Appeal from the Municipal Court of Chicago; the Hon.
Charles B. Adams, Judge, presiding.   Heard in the second division of
this court for the first district at the October term, 1926.   Affirmed.
Opinion filed May 17, 1927.
Chas. S. Knudson, for appellant.   No appearance for appellee.
Mr. Justice Fitch delivered the opinion of the court.

---

August F. Dorn, appellant, v. Joseph F. Kyle, appellee.   Gen.
No. 31,409.
Action for personal injuries from defective boat equipment.   Judg-
ment for defendant on directed verdict.   Appeal from the Circuit
Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding.
Heard in the second division of this court for the first district at
the October term, 1926.   Affirmed.   Opinion filed May 17, 1927.
Edward N. Sherburne and Benj. F. J. Odell, for appellant.   Rathje,
Wesemann, Hinckley & Barnard, for appellee.
Mr. Justice Fitch delivered the opinion of the court.

---

Sherman State Bank v. Crofts & Reed Company et al.
B. R. Kozlowski, petitioner, appellee, v. S. W. Haremski, respondent,
appellant.   Gen. No. 31,437.
Appeal from order in receivership proceedings adjudging a re-
ceiver guilty of contempt for refusing to turn over moneys had as
receiver.   Appeal from the Circuit Court of Cook county; the Hon.
Francis S. Wilson, Judge, presiding.   Heard in the second division of
this court for the first district at the October term, 1926.   Affirmed.
Opinion filed May 17, 1927.   Rehearing denied May 28, 1927.
K. B. Czarnecki, for appellant.   William H. Katt, for appellee;
James Percival Pio, of counsel.
Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Louis L. Emmerson,
secretary of the State of Illinois, appellee, v. Niles E. Smith et al.,
appellants.   Gen. No. 31,649.
Appeal from order restraining defendants from selling or offering
to sell in Illinois securities not exempted by section 5 of the Se-
curities Law.   Interlocutory appeal from Superior Court of Cook
county; the Hon. Oscar Hebel, Judge, presiding.   Heard in the
second division of this court for the first district at the October term,
1926.   Affirmed.   Opinion filed May 17, 1927.

Elmer N. Holmgren, for appellants. Oscar E. Carlstrom, Attorney General, for appellee; George E. Dierssen and William C. Clausen, Assistant Attorney General, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

### Sherman State Bank v. Crofts & Reed Company et al.

B. R. Kozlowski, petitioner, appellee, v. S. W. Haremski, respondent, appellant. Gen. No. 31,438.

Appeal from order in receivership proceeding finding a receiver guilty of contempt for appropriating receivership funds to his own use. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May, 17, 1927. Rehearing denied May 28, 1927.

K. B. Czarnecki, for appellant. William H. Katt, for appellee; James Percival Pio, of counsel.

Per curiam.

---

### Morris Z. Holland, appellee, v. Royal Indemnity Company, appellant. Gen. No. 31,444.

Action on policy insuring against loss from robbery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Barnes, J., dissents. Opinion filed May 17, 1927.

Tenney, Harding, Sherman & Rogers, for appellant; Henry F. Tenney, John E. O'Hora, S. Ashley Guthrie and L. Dow Nichol, Jr., of counsel. Weissenbach, Hartman, Craig & Okin, for appellee; E. S. Hartman and Bryan Y. Craig, of counsel.

Per curiam.

---

### Joseph Lipson et al., trading as Lipson Brothers, appellees, v. Erie Railroad Company, appellant. Gen. No. 31,464.

Action for loss on shipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 7, 1927. Rehearing denied and opinion modified June 21, 1927.

Follansbee, Shorey & Schupp, for appellant; Louis W. Becker, Jr., of counsel. Bradburn & Masover, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

### Gregory T. Van Meter, administrator of the estate of Stanley Opst, deceased, appellee, v. City of Chicago, appellant. Gen. No. 31,466.

Action for death of child by wrongful act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 7, 1927.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Hermann P. Haase, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court;